

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00321-CV

**QUEEN PRINYAH GODIAH NMIAA PAYNE'S EL-BEY,**

**Appellant**

**v.**

**CUBESMART CORP., CUBESMART STORE 0558, AND CUBESMART SELF STORAGE,**

**Appellees**

**From the
United States District Court,
Southern District of New York
New York, New York
Trial Court No. l:20-cv-00521-GHW**

## MEMORANDUM OPINION

Queen'Prinyah Godiah NMIAA Payne's El-Bey appeals the United States District Court's order of no action taken on a letter sent to the Court by El-Bey. By letter, the Clerk of this Court informed El-Bey that her appeal was subject to dismissal because this Court has no jurisdiction of an appeal from a Federal Court's order. *See* TEX. CONST. art. V, § 6; TEX. GOV'T CODE § 22.201. In the same letter, the Clerk warned El-Bey that the

appeal would be dismissed unless El-Bey responded showing grounds for continuing the appeal. El-Bey has not shown grounds for continuing the appeal.

Accordingly, this appeal is dismissed for want of jurisdiction.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Appeal dismissed
Opinion delivered and filed October 19, 2022
[CV06]

